UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Robbie Juarez,<br><br>     Plaintiff,<br><br> v.<br><br>State of Washington et al.,<br><br>     Defendants, | CASE NO. 3:18-cv-06012-RBL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: JULY 19, 2019 |

 The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge J. Richard Creatura. Plaintiff Robbie Juarez, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on December 10, 2018. *See* Dkt. 1. On January 18, 2019, the Court screened plaintiff's complaint and found that plaintiff failed to state a claim under § 1983. *See* Dkt. 6. The Court ordered plaintiff to show cause why the complaint should not be dismissed by February 22, 2019. *Id.* The Court warned plaintiff that failure to respond to the order would result in the Court recommending dismissal of this action pursuant to 28 U.S.C. § 1915. *Id.*

1        On March 11, 2019, the Court granted plaintiff an extension to file an amended complaint
2 on or before April 5, 2019. Dkt. 8. On March 12, 2019, mail addressed to plaintiff was returned
3 as: "[C]urrently located out of the Ephrata Office with the CCO being Kimberly K. Allen[.]"
4 Dkt. 9. On April 9, 2019, plaintiff called the Clerk's office and provided an updated address and
5 phone number. *See* Dkt. entry dated April 9, 2019. The Clerk's Office sent the Court's March 11,
6 2019 Order and Notice of Change of Address forms to plaintiff at his new address. *See id.*
7 However, plaintiff failed to file the notice of change of address forms and did not file an
8 amended complaint. *See* Dkt.

9        On May 8, 2019, the Court again ordered plaintiff to show cause why the case should not
10 be dismissed for failure to follow a court order and failure to prosecute. Dkt. 10. The Court
11 warned plaintiff that failure to respond to the Court's order would result in a recommendation
12 that this case be dismissed for failure to comply with a court order. Dkt. 10.

13        Plaintiff has failed to comply with the Court's order. He has not filed a response to the
14 order or attempted to file an amended complaint. Nor has plaintiff updated his address in writing
15 through the proper forms or made any additional filings to date. *See* Dkt.; LCR 41(b)(2) (If
16 plaintiff fails to notify the Court within 60 days thereafter of his current mailing address, the
17 Court may dismiss the action without prejudice for failure to prosecute. LCR 41(b)(2)). As
18 plaintiff has failed to respond to the Court's order and prosecute this case, the Court recommends
19 that this case be dismissed without prejudice.

20        Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
21 Procedure, the parties shall have fourteen (14) days from service of this Report to file written
22 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
23 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
24

REPORT AND RECOMMENDATION - 2

1  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on July 19,

2  2019, as noted in the caption.

3      Dated this 24th day of June, 2019.

8  J. Richard Creatura
9  United States Magistrate Judge